

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Lloyd R. Ambinder, Esq.**
lambinder@vandallp.com

June 14, 2022

**Via ECF**
Magistrate Judge Sarah L. Cave
United State District Court
Southern District of New York
500 Pearl Street, Room 11670
New York, NY 10007

Re:   **Chen, et al v. SS&C Technologies, Inc., Case No. 1:22-cv-02190 (JPC)**

Dear Judge Cave:

This firm represents Plaintiffs Christine Chen and Michael Nguyen in this wage and hour matter. Pursuant to Section I (E) of Your Honor's Individual Practices in Civil Cases, Plaintiffs respectfully request that the Initial Case Management Scheduling Conference, presently scheduled for June 28, 2022 at 11:00 AM, be adjourned until July 12 or 13, or a date thereafter.

I have a personal matter that will require my presence in Georgia starting on June 27, 2022. Defendant consents to this request. This is Plaintiffs' first request for an adjournment.

Thank you.

Respectfully submitted,

/s/   Lloyd R. Ambinder, Esq.

---

Plaintiff's request (ECF No. 33) to adjourn the in-person initial case management conference scheduled for June 28, 2022 is GRANTED, and the conference is ADJOURNED to **Tuesday, July 19, 2022 at 3:00 pm**. All other terms of the Court's order at ECF No. 32 remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 33.

SO ORDERED    6/21/2022

SARAH L. CAVE
United States Magistrate Judge