UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE CHEN, MICHAEL NGUYEN, and all other similarly situated employees of SS&C,

                    Plaintiffs,

-v-

SS&C TECHNOLOGIES, INC.,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 2190 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the conference held today, July 19, 2022, the Court orders as follows:

1. By **Wednesday, August 3, 2022**, the parties shall (i) meet and confer, and (ii) file a status letter of no longer than five (5) pages advising the Court whether they have agreed to a process for sampling putative class members for purposes of Phase I of discovery (the "Sampling Process"), or setting forth their competing proposals for the Sampling Process.

2. By **Tuesday, November 1, 2022**, the parties shall complete Phase I discovery consisting of the following:

    a. Merits discovery as to Christine Chen and Michael Nguyen (the "Named Plaintiffs"); and

    b. Targeted merits discovery as to the putative class members discerned from the Sampling Process

3. The parties shall file a status letter by **Wednesday, November 9, 2022**, certifying the completion of Phase I discovery.

4. The Court holds in abeyance setting a schedule for Phase II discovery, which will include additional class certification discovery and merits discovery, pending completion of Phase I discovery.

5. A telephonic status conference is scheduled for **Wednesday, October 19, 2022 at 11:00 am** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:	New York, New York
July 19, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2