UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE CHEN, MICHAEL NGUYEN, and all other similarly situated employees of SS&C,

                Plaintiffs,

-v-

SS&C TECHNOLOGIES, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 2190 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, October 19, 2022, the Court orders as follows:

1. The parties' request (ECF No. 52) for an extension of the Phase I discovery deadline is GRANTED, and the discovery schedule is amended as follows:

    a. By **January 31, 2023**, the parties shall complete Phase I discovery.

    b. By **February 7, 2023**, the parties shall file a joint letter certifying the completion of Phase I discovery.

    c. The Court continues to hold in abeyance the schedule for Phase II discovery.

2. By **November 14, 2022**, the parties shall file a joint letter, not exceeding three (3) pages, reporting on the status of Phase I discovery and outlining any disputes that they are unable to resolve and that require the Court's attention.

Dated:    New York, New York
            October 19, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**