UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINE CHEN, MICHAEL NGUYEN, and all other similarly situated employees of SS&C,

                Plaintiffs,

-v-

SS&C TECHNOLOGIES, INC.,

                Defendant.

CIVIL ACTION NO.: 22 Civ. 2190 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 6, 2023, the Court Reporter filed the Notice of Filing of Official Transcript, which advised the parties that they had seven (7) calendar days to file with the Court any notices of their intent to request transcript redactions ("Notices") of the telephonic discovery conference held on February 28, 2023 (ECF No. 87 (the "Transcript")). (ECF No. 88). To date, the parties have not filed any Notices. Accordingly, the Clerk of Court is respectfully directed to un-seal ECF No. 87 and make the Transcript viewable to the public.

Dated:      New York, New York
               March 15, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**