IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE CHEN, MICHAEL NGUYEN, and all other similarly situated employees of SS&C,<br><br>Plaintiffs,<br><br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:22–cv–02190–JPC–SLC<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION FOR SUMMARY JUDGMENT
BY DEFENDANT SS&C TECHNOLOGIES, INC.**

PLEASE TAKE NOTICE THAT, upon the Declaration of Hallie S. Goldblatt, dated April 24, 2023, and the exhibits attached thereto, Defendant's Local Rule 56.1 Statement of Undisputed Material Facts, the accompanying Memorandum of Law, and all other papers and proceedings in this action, Defendant SS&C Technologies, Inc. ("SS&C") will move this Court, before the Honorable John P. Cronan, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York, 10007, at a date and time to be determined by the Court, for an Order, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, granting SS&C's Motion for Summary Judgment and dismissing the complaint of plaintiffs Christine Chen and Michael Nguyen ("Plaintiffs"). The basis for the motion is set forth in the accompanying Memorandum of Law.

Pursuant to the Court's March 3, 2023 Order, Plaintiffs' opposition papers shall be filed and served on June 8, 2023, and SS&C's reply papers shall be filed and served on July 10, 2023.

SS&C requests oral argument on this motion.

Dated: New York, New York
April 24, 2023

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

/s/ *Liza M. Velazquez*

Jay Cohen
Liza M. Velazquez
Hallie S. Goldblatt
Emily M. Miller
1285 Avenue of the Americas
New York, New York 10019
Tel.: (212) 373-3000
Email: jaycohen@paulweiss.com
Email: lvelazquez@paulweiss.com
Email: hgoldblatt@paulweiss.com
Email: emiller@paulweiss.com

*Counsel for Defendant SS&C Technologies, Inc.*