IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE CHEN, MICHAEL NGUYEN, and all other similarly situated employees of SS&C,<br><br>Plaintiffs,<br><br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 1:22–cv–02190–JPC–SLC<br><br>**ORAL ARGUMENT REQUESTED** |

### DECLARATION OF HALLIE S. GOLDBLATT IN SUPPORT OF DEFENDANT SS&C TECHNOLOGIES, INC.'S MOTION FOR SUMMARY JUDGMENT

HALLIE S. GOLDBLATT declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am admitted to practice before this Court and am a counsel at Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendant SS&C Technologies, Inc. ("SS&C") in the above-captioned action. I am fully familiar with the proceedings in this action and respectfully submit this Declaration in support of SS&C's Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Christine Chen, which was conducted on January 5, 2023.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Plaintiff Michael Nguyen, which was conducted on January 12, 2023.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Umer Malik, which was conducted on January 11, 2023.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of the deposition of Tracey Robinson, which was conducted on January 25, 2023.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Joseph Patellaro, which was conducted on January 26, 2023.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the Rule 30(b)(6) deposition of Aparna Parameswaran, which was conducted on January 31, 2023.

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the transcript of the deposition of Chandeep Sodhi, which was conducted on February 6, 2023.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from SS&C's 2022 Form 10-K Filing.

10. Attached hereto as Exhibit 9 is a true and correct copy of SS&C's business proposal titled "Response for provision of Fund Administration Services to Bridge Investment Group," dated September 17, 2018, bearing Bates numbers SS&C_00099104–46.

11. Attached hereto as Exhibit 10 is a true and correct copy of a marketing presentation titled "SS&C Solutions for Private Markets," bearing Bates numbers SS&C_00001154–92.

12. Attached hereto as Exhibit 11 is a true and correct copy of an email chain from Gaurav Patel, a Talent Acquisition Partner, regarding Nguyen's hire, dated October 14–December 16, 2016, bearing Bates numbers SS&C_00000552–57.

13. Attached hereto as Exhibit 12 is a true and correct copy of an email notification regarding Chen's termination, dated December 17, 2018, bearing Bates number SS&C_00000537.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from Libby, R., Libby, P., & Hodge, F., *Financial Accounting* (11th ed., 2023).

15. Attached hereto as Exhibit 14 is a true and correct copy of SS&C's business proposal titled "Investcorp – Project Dynamo Alternative Administration Request for Proposal," bearing Bates numbers SS&C_00089183–303 (Malik Dep. Ex. 2).

16. Attached hereto as Exhibit 15 is a true and correct copy of SS&C training material titled "Private Markets – Introduction to Alternative Investments," bearing Bates numbers SS&C_00029365–423.

17. Attached hereto as Exhibit 16 is a true and correct copy of SS&C training material titled "Private Equity and Real Assets: Introduction to Contributions and Allocations," bearing Bates numbers SS&C_00032251–73.

18. Attached hereto as Exhibit 17 is a true and correct copy of SS&C training material titled "Private Equity Fund Formation," bearing Bates numbers SS&C_00028877–923.

19. Attached hereto as Exhibit 18 is a true and correct copy of a SS&C marketing brochure titled "Real Asset Services," bearing Bates numbers SS&C_00001030–33.

20. Attached hereto as Exhibit 19 is a true and correct copy of SS&C training material titled "Introduction to Corporate Banking," bearing Bates numbers SS&C_00029604–64.

21. Attached hereto as Exhibit 20 is a true and correct copy of a job description for "Senior Associate (Senior Accountant) – Real Assets," bearing Bates number SS&C_00088536.

22. Attached hereto as Exhibit 21 is a true and correct copy of SS&C training material titled "Introduction to Fund Legal Documents," bearing Bates numbers SS&C_00029297–364.

23. Attached hereto as Exhibit 22 is a true and correct copy of a document titled "Real Assets Learning Path," bearing Bates number SS&C_00034100 (Parameswaran Dep. Ex. 3).

24. Attached hereto as Exhibit 23 is a true and correct copy of a SS&C marketing brochure titled "Private Equity Services," bearing Bates numbers SS&C_00001027–29.

25. Attached hereto as Exhibit 24 is a true and correct copy of an email from Robinson attaching a job description for "Senior Accountant – Private Equity Implementations," dated June 7, 2018, bearing Bates numbers SS&C_00093758–59 (Nguyen Dep. Ex. 19).

26. Attached hereto as Exhibit 25 is a true and correct copy of FASB Concepts Statements No. 8, Ch. 1, "The Objective of General Purpose Financial Reporting," *available at* https://fasb.org/page/PageContent?pageId=/standards/concepts-statements.html.

27. Attached hereto as Exhibit 26 is a true and correct copy of Nguyen's 2017 Year End Review, bearing Bates numbers Nguyen_00061–63 (Nguyen Dep. Ex. 37).

28. Attached hereto as Exhibit 27 is a true and correct copy of a document titled "Fund Accounting (Private Markets) Learning Path," bearing Bates number SS&C_00034100 (Patellaro Dep. Ex. 4).

29. Attached hereto as Exhibit 28 is a true and correct copy of Chen's resume, bearing Bates number Chen_00005 (Chen Dep. Ex. 13.)

30. Attached hereto as Exhibit 29 is a true and correct copy of the New York State Education Department, Office of the Professions' "Verification of Experience by Supervisor" Form 4B and instructions for completing the form (Chen Dep. Ex. 16).

31. Attached hereto as Exhibit 30 is a true and correct copy of the New York State Education Department, Office of the Professions' "Certified Public Accountant Form 1, Application for Licensure" (2017).

32. Attached hereto as Exhibit 31 is a true and correct copy of emails from Chen, dated April 2–3, 2018, bearing Bates numbers SS&C_00008745–46 (Chen Dep. Ex. 18).

33. Attached hereto as Exhibit 32 is a true and correct copy of Chen's offer letter, dated August 7, 2017, bearing Bates numbers Chen_00001–2 (Chen Dep. Ex. 21).

34. Attached hereto as Exhibit 33 is a true and correct copy of a letter from Mayte Lopez, HR Business Partner, to Chen concerning the termination of her employment at SS&C, dated December 14, 2018, bearing Bates numbers SS&C_00082401–04.

35. Attached hereto as Exhibit 34 is a true and correct copy of an email exchange between Brian Wu and Gaurav Patel, dated June 27–29, 2017, discussing open positions in "PE accounting" for Chen, bearing Bates numbers Chen_00036–39 (Chen Dep. Ex. 20).

36. Attached hereto as Exhibit 35 is a true and correct copy of a document displaying SS&C's grant of 400 stock options to Chen on December 18, 2018, bearing Bates number SS&C_00038666 (Chen Dep. Ex. 24).

37. Attached hereto as Exhibit 36 is a true and correct copy of an email from Gaurav Patel, dated August 4, 2017, requesting permission for Chen's hiring, bearing Bates numbers SS&C_00099987–89.

38. Attached hereto as Exhibit 37 is a true and correct copy of an email exchange between Chen and Sodhi, dated September 22, 2017, bearing Bates number SS&C_00054763 (Chen Dep. Ex. 30).

39. Attached hereto as Exhibit 38 is a true and correct copy of an email Chen sent to Jared Allen at Bridge Investment Group, dated February 8, 2018, bearing Bates numbers SS&C_00020785–86 (Chen Dep. Ex. 26).

40. Attached hereto as Exhibit 39 is a true and correct copy of an email exchange between Chen and Jason Kale, an Associate Director in Real Assets, bearing Bates number SS&C_00020593 (Chen Dep. Ex. 31).

41. Attached hereto as Exhibit 40 is a true and correct copy of an email exchange among Chen, Kale, and Trent Bernhisel of Bridge Investment Group, dated May 4–16, 2018, bearing Bates numbers SS&C_00056988–90 (Chen Dep. Ex. 28).

42. Attached hereto as Exhibit 41 is a true and correct copy of an email exchange among, among others, Chen, Sodhi, and Jared Allen of Bridge Investment Group, dated December 12–19, 2017, bearing Bates numbers SS&C 00020325–28 (Sodhi Dep. Ex. 11).

43. Attached hereto as Exhibit 42 is a true and correct copy of Chen's 2018 Year End Review, bearing Bates numbers SS&C_00000003–5 (Chen Dep. Ex. 34).

44. Attached hereto as Exhibit 43 is a true and correct copy of an email exchange among Chen, Malik, Amy Pearce, a Director in Real Assets, and members of Bridge Investment Group, dated June 12–13, 2018, bearing Bates numbers SS&C_00009227–31 (Chen Dep. Ex. 29).

45. Attached hereto as Exhibit 44 is a true and correct copy of an email Chen sent to Malik, dated April 3, 2018, bearing Bates number SS&C_00043177.

46. Attached hereto as Exhibit 45 is a true and correct copy of an email exchange between Chen and Meiyi Chen at Bridge Investment Group, dated October 19–22, 2018, bearing Bates numbers SS&C_00027907–11 (Chen Dep. Ex. 33).

47. Attached hereto as Exhibit 46 is a true and correct copy of FASB Concepts Statements No. 8, Ch. 4, "Elements of Financial Statements," *available at* https://fasb.org/page/PageContent?pageId=/standards/concepts-statements.html.

48. Attached hereto as Exhibit 47 is a true and correct copy of Chen's SS&C training transcript, bearing Bates number SS&C_00064952.

49. Attached hereto as Exhibit 48 is a true and correct copy of Nguyen's resume, bearing Bates number Nguyen_00003 (Nguyen Dep. Ex. 11).

50. Attached hereto as Exhibit 49 is a true and correct copy of an email Nguyen sent to himself from his work email to his personal email attaching his resume, dated June 13, 2018, bearing Bates numbers SS&C_00078599–600 (Nguyen Dep. Ex. 10).

51. Attached hereto as Exhibit 50 is a true and correct copy of an email from Matthew Carr at Accrue Partners to Nguyen confirming his SS&C interview, dated September 23, 2016, bearing Bates numbers Nguyen_00005–6 (Nguyen Dep. Ex. 16).

52. Attached hereto as Exhibit 51 is a true and correct copy of excerpts from SEI Investment Company's 2022 Form 10-K Filing.

53. Attached hereto as Exhibit 52 is a true and correct copy of an email from Gaurav Patel regarding Nguyen's candidacy, dated September 23, 2016, bearing Bates number SS&C_00108924.

54. Attached hereto as Exhibit 53 is a true and correct copy of Nguyen's LinkedIn profile (Nguyen Dep. Ex. 9).

55. Attached hereto as Exhibit 54 is a true and correct copy of a job description for "Senior Accountant – Onboarding and Conversion Team," bearing Bates number SS&C_00109117.

56. Attached hereto as Exhibit 55 is a true and correct copy of an email from Clarence Blake, an Assistant Vice President in Private Equity, attaching a completed Interview Evaluation Form regarding Nguyen, dated October 7, 2016, bearing Bates numbers SS&C_00108970–71.

57. Attached hereto as Exhibit 56 is a true and correct copy of an email from Suveenaa Rogers, an Assistant Vice President in Private Equity, attaching a completed Interview Evaluation Form regarding Nguyen, dated October 10, 2016, bearing Bates numbers SS&C_00108974–75.

58. Attached hereto as Exhibit 57 is a true and correct copy of Nguyen's signed offer letter, dated October 20, 2016, bearing Bates numbers SS&C_00000538–39 (Nguyen Dep. Ex. 17).

59. Attached hereto as Exhibit 58 is a true and correct copy of a Notice and Acknowledgement of Pay Rate and Payday signed by Nguyen on January 30, 2017, bearing Bates number SS&C_00108861.

60. Attached hereto as Exhibit 59 is a true and correct copy of Nguyen's March 15, 2018 pay statement, bearing Bates number SS&C_0078481.

61. Attached hereto as Exhibit 60 is a true and correct copy of an email exchange between Nguyen and Robinson, dated June 28, 2017–August 3, 2017, bearing Bates numbers SS&C_00068828–56 (Nguyen Dep. Ex. 28).

62. Attached hereto as Exhibit 61 is a true and correct copy of an email from Aleksandra Lebedeva, a Human Resources Assistant, to Nguyen attaching his completed Professional Development Request and Reimbursement Form, dated October 12, 2017, bearing Bates numbers SS&C_00105729–34 (Nguyen Dep. Ex. 14).

63. Attached hereto as Exhibit 62 is a true and correct copy of an email exchange among Nguyen, Robinson, and other SS&C employees dated October 23, 2017, bearing Bates numbers SS&C_00091155–60 (Nguyen Dep. Ex. 24).

64. Attached hereto as Exhibit 63 is a true and correct copy of a series of email exchanges among Nguyen and individuals at Brookfield Corporation, dated October 6, 2017–July 20, 2018, bearing Bates numbers SS&C_00010719–20, SS&C_00061161–64, SS&C_00018091–100, and SS&C_00018887–89 (Nguyen Dep. Ex. 35).

65. Attached hereto as Exhibit 64 is a true and correct copy of an email exchange among Nguyen, Robinson, and other SS&C employees, dated April 21–22, 2017, bearing Bates numbers SS&C_00067901–04 (Nguyen Dep. Ex. 23).

66. Attached hereto as Exhibit 65 is a true and correct copy of an email exchange among Nguyen, Robinson, and other employees at SS&C, dated September 13, 2017–October 11, 2017, bearing Bates numbers SS&C_00069461–65 (Nguyen Dep. Ex. 22).

67. Attached hereto as Exhibit 66 is a true and correct copy of an email exchange among Nguyen, Lin Zhang, Margie Chin, and other employees at SS&C, dated November 9, 2017–May 3, 2018, bearing Bates numbers SS&C_00078567–73 (Nguyen Dep. Ex. 25).

68. Attached hereto as Exhibit 67 is a true and correct copy of an email exchange among Nguyen, Robinson, Parvinder Ahluwalia, and Suveenaa Rogers, dated March 7, 2018, bearing Bates numbers SS&C_00078318–19 (Nguyen Dep. Ex. 30).

69. Attached hereto as Exhibit 68 is a true and correct copy of an email exchange among Nguyen, Douglas Scibelli, and Robinson, dated June 29, 2017, bearing Bates number SS&C_00068087.

70. Attached hereto as Exhibit 69 is a true and correct copy of an email exchange among Nguyen, Parvinder Ahluwalia, and Robinson, dated June 22, 2017, bearing Bates numbers SS&C_00068059–60.

71. Attached hereto as Exhibit 70 is a true and correct copy of a calendar invite sent to Nguyen for the interview of an Associate candidate, dated June 28, 2018, bearing Bates number SS&C_00048304.

72. Attached hereto as Exhibit 71 is a true and correct copy of a document titled "Investran Report Wizard Training," dated September 2015, bearing Bates numbers SS&C_00067245–62.

73. Attached hereto as Exhibit 72 is a true and correct copy of Brookfield Infrastructure Fund III Organizational Structure Diagrams as at December 31, 2016, bearing Bates numbers SS&C_00070074–85.

74. Attached hereto as Exhibit 73 is a true and correct copy of an Investran manual titled "Intercompany Bridge and Sweep Business Event," dated November 5, 2013, bearing Bates numbers SS&C_00064860–87.

75. Attached hereto as Exhibit 74 is a true and correct copy of an email from Robinson to Nguyen referring to him as "Mid Tier Mike," dated September 5, 2018, bearing Bates number SS&C_00019621.

76. Attached hereto as Exhibit 75 is a true and correct copy of an email exchange among Nguyen, Robinson, and other SS&C employees, dated December 15–29, 2017, bearing Bates numbers SS&C_00081749–51 (Nguyen Dep. Ex. 21).

77. Attached hereto as Exhibit 76 is a true and correct copy of Nguyen's SS&C training transcript, bearing Bates number SS&C_00064963 (Nguyen Dep. Ex. 36).

78. Attached hereto as Exhibit 77 is a true and correct copy of a calendar invite Nguyen sent to Brett Goldblatt, dated October 6, 2017, titled "CPA-Professional Development," bearing Bates numbers SS&C_00009511–12 (Nguyen Dep. Ex. 13).

79. Attached hereto as Exhibit 78 is a true and correct copy of Nguyen's time and task tracker ("Tracker"), bearing Bates number Nguyen_00154, which Nguyen maintained as a contemporaneous record in Excel of all work performed during his employment with SS&C, and which includes 3,341 entries.

80. Attached hereto as Exhibit 79 is a true and correct copy of excerpts from Nguyen's Tracker (provided in full as Exhibit 78), which includes 534 entries related to non-substantive tasks. For the Court's ease of review, Defendant added a column that identifies the original row numbers, as they appear in Exhibit 78, that correspond to the excerpted entries.

81. Attached hereto as Exhibit 80 is a true and correct copy of excerpts from Nguyen's Tracker (provided in full as Exhibit 78), which includes 104 entries reflecting Nguyen's work related to mapping, tagging, and reviewing transactions. For the Court's ease of review, Defendant added a column that identifies the original row numbers, as they appear in Exhibit 78, that correspond to the excerpted entries.

82. Attached hereto as Exhibit 81 is a true and correct copy of excerpts from Nguyen's Tracker (provided in full as Exhibit 78), which includes 108 entries reflecting Nguyen's work related to the creation of financial reports. For the Court's ease of review, Defendant added a column that identifies the original row numbers, as they appear in Exhibit 78, that correspond to the excerpted entries.

83. Attached hereto as Exhibit 82 is a true and correct copy of excerpts from Nguyen's Tracker (provided in full as Exhibit 78), which includes 357 entries reflecting Nguyen's work related to reconciliations. For the Court's ease of review, Defendant added a

column that identifies the original row numbers, as they appear in Exhibit 78, that correspond to the excerpted entries.

84. Attached hereto as Exhibit 83 is a true and correct copy of excerpts from Nguyen's Tracker (provided in full as Exhibit 78), which includes 240 entries reflecting Nguyen's work related to the preparation of allocations and review of fund structures. For the Court's ease of review, Defendant added a column that identifies the original row numbers, as they appear in Exhibit 78, that correspond to the excerpted entries.

85. Attached hereto as Exhibit 84 is a true and correct copy of excerpts from Nguyen's Tracker (provided in full as Exhibit 78), which includes 351 entries reflecting Nguyen's work related to bridging and consolidation. For the Court's ease of review, Defendant added a column that identifies the original row numbers, as they appear in Exhibit 78, that correspond to the excerpted entries.

86. Attached hereto as Exhibit 85 is a true and correct copy of excerpts from Nguyen's Tracker (provided in full as Exhibit 78), which includes 164 entries reflecting miscellaneous accounting tasks Nguyen performed. For the Court's ease of review, Defendant added a column that identifies the original row numbers, as they appear in Exhibit 78, that correspond to the excerpted entries.

87. Attached hereto as Exhibit 86 is a true and correct copy of excerpts from Nguyen's Tracker (provided in full as Exhibit 78), which includes 557 entries related to Nguyen's work discussions with others. For the Court's ease of review, Defendant added a column that identifies the original row numbers, as they appear in Exhibit 78, that correspond to the excerpted entries.

88. Attached hereto as Exhibit 87 is true and correct copy of FASB Statement of Financial Accounting Concepts No. 5, Recognition and Measurement in Financial Statements

of Business Enterprises, *available at* https://fasb.org/page/PageContent?pageId=/standards/concepts-statements.html.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 24, 2023 at New York, New York.

*/s/ Hallie S. Goldblatt*
Hallie S. Goldblatt
