

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Kara S. Miller, Esq.**
kmiller@vandallp.com

June 22, 2023

**Via ECF and Email**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

      Re:    **Chen, et al v. SS&C Technologies, Inc., Case No. 1:22-cv-02190 (JPC) (SLC)**

Dear Judge Cronan:

      My firm represents the Plaintiffs and putative class in the above referenced action. Pursuant to Your Honor's Individual Rules, Plaintiffs submit this letter motion seeking leave to temporarily file under seal Exhibits H, I, J, K, L, N, O, Q, R, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, EE, FF, and GG to the Declaration of Kara S. Miller, which will be submitted today as part of Plaintiffs' opposition to Defendant's motion for summary judgment. Plaintiffs do not believe most of these exhibits warrant filing under seal. For example, routine business emails from many years ago, both internally and with clients, do not contain proprietary or sensitive information. However, Plaintiffs are submitting this request because these exhibits were marked confidential by SS&C pursuant to the Confidentiality Stipulation and Protective Order entered by the Court on August 17, 2022 (ECF No. 49). Plaintiffs will email unredacted copies of these exhibits to the Court and to Defendant on today's date. Plaintiffs will also electronically file these exhibits upon receiving further direction from the Court.

The request is granted.  Plaintiffs may file under seal Exhibits H, I, J, K, L, N, O, Q, R, S, T, U, V, W, X, Y, Z, AA, BB, CC, DD, EE, FF, and GG to the Declaration of Kara S. Miller.

Respectfully submitted,

/s/   Kara S. Miller, Esq.

CC: Counsel for Defendant (via ECF)

SO ORDERED.
Date: July 5, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge