

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080

**Kara S. Miller, Esq.**
kmiller@vandallp.com

March 8, 2024

**Via ECF and Email**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007
CronanNYSDChambers@nysd.uscourts.gov

   Re: **Chen, et al v. SS&C Technologies, Inc., Case No. 1:22-cv-02190 (JPC) (SLC)**

Dear Judge Cronan:

  We represent plaintiffs Christine Chen and Michael Nguyen ("Plaintiffs") in the above-captioned action. We write jointly with counsel for defendant SS&C Technologies, Inc. (together with Plaintiffs, the "Parties"), pursuant to the Parties' conference call with Your Honor's law clerk yesterday. The Parties jointly request a 30-day stay of all proceedings in this matter without prejudice.

  The Parties propose to provide a status update to the Court by April 8, 2024.

          Respectfully submitted,

          /s/   Kara S. Miller, Esq.

CC: Counsel of record (via ECF)

The request is granted. The Clerk of Court is respectfully directed to stay this case. The parties shall provide a joint status update to the Court by April 8, 2024.

SO ORDERED.
March 8, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge