**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINE CHEN, MICHAEL NGUYEN, and all other similarly situated employees of SS&C,<br><br>Plaintiffs,<br><br>v.<br><br>SS&C TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 22-cv-02190(JPC)(SLC) |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE SETTLEMENT STIPULATION, CERTIFICATION OF THE CLASS FOR SETTLEMENT PURPOSES, APPROVAL OF THE PROPOSED NOTICE TO CLASS MEMBERS AND DISTRIBUTION OF SAME, AND IMPLEMENTATION OF THE SCHEDULE AND PROCEDURE TO EFFECTUATE THE CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Kara Miller, sworn to on May 30, 2024 and all exhibits attached thereto, the memorandum of law in support, and upon all prior pleadings and proceedings herein, the undersigned will respectfully move this Court, before the Honorable John P. Cronan, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, for Plaintiffs' Motion for an Order granting (1) preliminary approval of the Settlement Stipulation (the "Settlement"), (2) certifying the Settlement class, for settlement purposes only, pursuant to Fed. R. Civ. P. 23, (3) approving the notice and distribution of same to class members, (4) implementing the schedule and procedure proposed by the parties for effectuating the other terms of the Settlement and (5) such other and further relief as the Court may deem just and proper.

1

Dated: New York, New York
      May 30, 2024

                                                   **VIRGINIA & AMBINDER LLP**

                                                   By: /s/*Kara Miller*

                                                 Kara Miller, Esq.
                                                 Jenny Brejt, Esq.
                                                 40 Broad Street – 7th Floor
                                                 New York, New York 10006
                                                 Tel: 212.943.9081
                                                 kmiller@vandallp.com

                                                 *Attorneys for Named Plaintiffs and the Putative Class*

TO: All counsel via ECF