**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHRISTINE CHEN, MICHAEL NGUYEN, and all other similarly situated employees of SS&C, <br><br> Plaintiffs, <br><br> v. <br><br> SS&C TECHNOLOGIES, INC., <br><br> Defendant. | Case No. 22-cv-02190(JPC)(SLC) |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE SETTLEMENT ON BEHALF OF NAMED PLAINTIFFS AND THE CERTIFIED SETTLEMENT CLASS, AWARDING CLASS COUNSEL ATTORNEYS' FEES AND COSTS, AWARDING SERVICE PAYMENTS TO NAMED PLAINTIFFS, AND DISMISSING THE LITIGATION WITH PREJUDICE AS AGAINST DEFENDANT**

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Kara Miller, sworn to on October 24, 2024 and all exhibits attached thereto, the memorandum of law in support, the Declaration of Claim Administrator Cornelia Vieira of Strategic Claims Services and all exhibits attached thereto, and upon all prior pleadings and proceedings herein, the undersigned will respectfully move this Court, before the Honorable John P. Cronan, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 12D, New York, New York 10007, for Plaintiffs' Motion for an Order (1) granting final approval of the Settlement on behalf of Named Plaintiffs and the certified settlement class; (2) awarding Class Counsel attorneys' fees and costs; (3) awarding Service Payments to Named Plaintiffs; and (4) dismissing the litigation with prejudice as against Defendant.

Dated: New York, New York
October 24, 2024

    **VIRGINIA & AMBINDER LLP**

    By: <u>/s/*Kara Miller*      </u>

    Kara Miller, Esq.
    Jenny Brejt, Esq.
    40 Broad Street – 7th Floor
    New York, New York 10006
    Tel:  212.943.9081
    kmiller@vandallp.com

    *Counsel for Named Plaintiffs and Settlement Class*

TO: All counsel via ECF