UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CHRISTINE CHEN, MICHAEL NGUYEN, and all other :
similarly situated employees of SS&C, :
:
       Plaintiffs, :  22 Civ. 2190 (JPC) (SLC)
:
   -v- :     ORDER
:
SS&C TECHNOLOGIES, INC., :
:
       Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

  On October 24, 2024, Plaintiffs moved for final approval of the settlement that the Court preliminarily approved on June 17, 2024. Dkts. 121, 123. After having reviewed Plaintiffs' submissions in support of their motion for final approval, the Court orders Plaintiffs to file with the Court a supplemental memorandum, supported as needed by further affidavits and documents, providing the following information:

1. Whether the class received timely and adequate notice of the parties' amendment to the settlement stipulation provided to the Court on July 2, 2024, Dkt. 122, and, if not, whether that lack of notice would preclude final approval of the settlement.

2. Whether Plaintiffs are still seeking final approval of approximately $37,500 in fees and costs incurred by the claims administrator in administering the settlement and, if so, the amount being sought and information sufficient to enable the Court to evaluate the propriety of that request.

3. Which federal and state officials, other than the U.S. Attorney General, were provided notice of the settlement pursuant to 28 U.S.C. § 1715 and copies of the notice(s) they received. If all such officials received substantially identical notices,

    exemplars or templates may be provided in lieu of repetitive copies of such notices.

4. Whether the notice provided to the federal and state officials complies with Section 1715(b)(7)(B)'s requirement to include "a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement" and, if not, whether any such noncompliance would preclude final approval of the settlement. 28 U.S.C. § 1715(b)(7)(B).

Plaintiffs shall file their supplemental memorandum and supporting materials on or before October 29, 2024.

    SO ORDERED.

Dated: October 25, 2024
       New York, New York

                                       JOHN P. CRONAN
                            United States District Judge