UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
CHRISTINE CHEN, MICHAEL NGUYEN, and all other                      :
similarly situated employees of SS&C,                              :
                                                                   :
                               Plaintiffs,                         :        22 Civ. 2190 (JPC) (SLC)
                                                                   :
              -v-                                                  :        ORDER
                                                                   :
SS&C TECHNOLOGIES, INC.,                                           :
                                                                   :
                               Defendant.                          :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 13, 2024, the Court entered an Order granting Plaintiffs' unopposed motion for final approval of the class action settlement resolving this case. Dkt. 134. That Order approved, among other things, "fees and expenses . . . actually incurred up to $37,500" for Strategic Claims Services ("SCS"), the third-party settlement claims administrator in this matter. *Id.* at 4. At that time, SCS had incurred fees and expenses totaling $26,236.78. *Id.* The Court's Order further stated that additional approval by the Court would be required for fees and expenses exceeding $37,500. *Id.*

On January 20, 2024, Plaintiffs filed a letter seeking for approval for SCS "to reimburse itself from the Qualified Settlement Fund for an additional $10,736.78." Dkt. 137. Plaintiffs support that request with a declaration signed by Cornelia Vieira, a Project Manager at SCS. Dkt. 137-1. Ms. Vieira's declaration states that since the Court's Order granting final approval to the settlement, SCS's "work remained ongoing, and additional fees and expenses were charged in the amount of $8,422.25." *Id.* ¶ 4. The declaration further notes that SCS's final invoice totaled $13,577.75. *Id.* Ms. Vieira states that this amount "is discounted by $4,980.05 (28%) representing a significant reduction of fees and expenses incurred due to certain factors that were not known at

the time the original estimate was provided." *Id.*  Ms. Vieira's declaration attaches exhibits reflecting those amounts on an itemized basis. *Id.* Exhs. A, B.

The Court has reviewed Plaintiffs' request, Ms. Vieira's declaration, and the exhibits attached to that declaration, and finds the requested amount to be fair and reasonable in relation to the size of the Qualified Settlement Fund, the size of the settlement class, and the services rendered by SCS to implement the settlement. *See Flores v. CGI Inc.*, No. 22 Civ. 350 (KHP), 2022 WL 13804077, at *11 (S.D.N.Y. Oct. 21, 2022).  Accordingly, SCS may reimburse itself from the Qualified Settlement Fund for an additional $10,736.78.

SO ORDERED.

Dated: February 12, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge

2